RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT   59802
Phone:   (406) 542-8851
FAX:   (406) 542-1476
E-mail:   Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

OCT 08 2020

Clerk, U.S. Courts
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20- 77 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | BANK FRAUD
(Count I)
Title 18 U.S.C. § 1344
(Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) |
| CODY RYAN GALE, | |
| Defendant. | |
| | FALSE STATEMENT TO A BANK
(Count II)
Title 18 U.S.C. § 1014
(Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT I

Beginning in or about December 2015, and continuing thereafter until in or about May 2017, at Lewistown, within Fergus County, in the State and District of Montana, and elsewhere, the defendant, CODY RYAN GALE, knowingly executed, and attempted to execute, a material scheme and artifice to defraud and to obtain money and funds owned by, and under the custody and control of, the Bank of the Rockies, a financial institution whose deposits were insured by the FDIC, that is, the defendant, CODY RYAN GALE, fraudulently and falsely inflated the amount of cattle in which he had an interest when entering loan agreements with the Bank of the Rockies, all in violation of 18 U.S.C. § 1344.

## COUNT II

Beginning in or about December 2015, and continuing thereafter until in or about May 2017, at Lewistown, within Fergus County, in the State and District of Montana, and elsewhere, the defendant, CODY RYAN GALE, knowingly made any false statement and report, and willfully overvalued property and security, for the purpose of influencing in any way the action of the Bank of the Rockies, a financial institution whose deposits were insured by the FDIC, upon any application commitment, loan, and any change and extension of the same, by deferment of action and otherwise, that is, the defendant, CODY RYAN GALE, fraudulently and falsely inflated the amount of cattle in which he had an interest

when entering loan agreements with the Bank of the Rockies, which was false because as the defendant then and there knew, he did not own that many claimed cattle, all in violation of 18 U.S.C. § 1014.

A TRUE BILL.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney