# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY RYAN GALE,<br><br>Defendant. | Case No. CR 20-77-GF-BMM<br><br><br>**ORDER** |

Defendant Cody Ryan Gale, having filed a Motion to Conduct Change of Plea Hearing by Video Conference, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Cody Ryan Gale may appear via Zoom for the Change of Plea Hearing, currently scheduled for February 24, 2021, at 1:30 p.m.

DATED this 2nd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court