IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY RYAN GALE,<br><br>Defendant. | CR 20-77-GF-BMM<br><br><br><br>ORDER |

Upon the unopposed motion of the United States, and for good cause shown,

The United States' motion for two personnel from the Bank of the Rockies to appear by Zoom is GRANTED. Two members from the Bank of the Rockies may appear by Zoom at the hearing on February 24, 2021, at 1:30 p.m.

DATED this 23rd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court